# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | |
|---|---|
| FRANK CHARLES MOORE, | |
| Petitioner, | |
| | NO. 5:11-CV-155 (MTT) |
| VS. | |
| BILLY MCCLUNG, | |
| | Proceedings Under 28 U.S.C. §2254 |
| Respondent. | Before the U.S. Magistrate Judge |

## ORDER

Before the Court is Motion to Intervene in which Georgia Department of Corrections Commissioner Brian Owens requests leave to intervene as the party respondent in the above-captioned action. Doc. 13. In support, Commissioner Owens correctly notes that, as Commissioner of the Georgia Department of Corrections, he is the chief officer in charge of state penal institutions in Georgia and, therefore, is the "state officer" having custody of Petitioner. Accordingly, Commissioner Owens' Motion to Intervene is **GRANTED** and he shall be substituted as the party respondent and all notices, orders, etc. shall hereafter be served upon his counsel.

**SO ORDERED**, this 28th day of June, 2011.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge